

Office of the Clerk

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**Peter J. Welsh**
Acting Clerk of Court

(570) 207-5600  Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920
Williamsport:
(570) 323-6380

May 10, 2018

Andre Lorenzano
Reg. No. JA-3640
SCI-Huntingdon
**SPECIAL MAIL-OPEN ONLY
IN PRESENCE OF INMATE**
1100 Pike Street
Huntingdon, PA  16654

RE:  Lorenzano v. Kollman, et al
     Civil Action No. 3:16-CV-2474

Dear Mr. Lorenzano:

This letter is in response to your recent letter to the Court.

Please be advised that any matters to be considered in this case, must be in the form of a motion. The Court is unable to take any action on the basis of a letter. Please submit any future requests for relief in the form of a formal motion filed with the Clerk of Court and served on counsel for any opposing parties**.**   Please make sure that your case numbers, as stated above, is clearly written on all documents submitted.

Sincerely,
**PETER J. WELSH
ACTING CLERK OF COURT**

s/LP
Generalist/Deputy Clerk