IN The United States District Court
For the middle District of Pennsylvania

Andre Lorenzano
       Plaintiff
                                              Civil Case No. 3:16-cv-2464
Mr. Kevin Kaltman, et al
       Defendants
                                              Judge Mr. Richard P. Conaboy

FILED SCRANTON AUG 10 2018 PER_____ DEPUTY CLERK

Motion Brief For receiving medical records + xrays

I write this Brief on the Behalf of the plaintiff, As He request Documents that He sent to the Courts For. The motion of Subpoena was sent in on 6/25/18 concerning receiving His medical records + xrays from the Dept. of Medical Services From SCI Huntingdon institution. Since Filing of the motion, the plaintiff has reach out to the P.A's on sickcall, who is employed By the Dept. of Medical For their assistance in reading such Documents once receive from the Courts "see exhibit" in which the P.A on sickcall has agreed to assist Him with the correct and proper reading of such Document. Which this Do: 1) Save the Courts alot of money and time in Hiring a medical expert, 2) The plaintiff found a medical expert thats willing to assist Him in reading of these Documents, 3) These Documents is very important to the plaintiff case. So with the permission of the Court, The plaintiff ask the courts, at the courts convenince, can the court Foreward the Documents that the Plaintiff

ask for, so he could be assisted by a medical expert in reading the medical records and x-rays that he ask the courts to get on his behalf. This will also assist the plaintiff because the plaintiff do not have the money to hire a (medical expert) or the resource to find the right medical expert that 1) knows how to read such documents 2) willing to assist the plaintiff in reading such documents. So the plaintiff ask the courts, at the courts convenience, can the courts, forewarrd all requested documents to the plaintiff, so he could 1) make copies of the documents 2) get assisted from a (medical expert) in read all (requested documents) that the plaintiff ask for. The plaintiff appreciate the courts time and ask the courts to grant his motion so he could receive the requested documents that he ask the courts to get for him for his on going case that he have infront of Judge me. Richard P. Conaboy in the middle District court. Once again, he appreciate the courts time and look foreward to receiving the documents from the courts.

Date: 7/30/18

Respectfully Submitted

[signature]