IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANDRE LORENZANO, :
:
    Plaintiff :
:
  v. : CIVIL NO. 3:CV-16-2474
:
KEVIN KOLMAN, ET AL., : (Judge Conaboy)
:
    Defendants :

FILED SCRANTON AUG 10 2018

### ORDER

AND NOW, THIS 10 DAY OF AUGUST, 2018, upon consideration of Defendant Kevin Kollman's motion for an enlargement of time in which to file an answer to the Complaint, said motion (Doc. 56) is hereby **GRANTED**. The Moving Defendants may file a response to the Complaint on or before September 28, 2018.

_____
RICHARD P. CONABOY
United States District Judge

1